# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEL F. SAMAAN,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CIGNA CORP., et al.,<br>　　　　Defendants. | CV 18-3842 DSF (ASx)<br><br><br>JUDGMENT |

　　The Court having granted a motion to dismiss for failure to amend a state small claims court complaint to comply with Rule 8 and Plaintiff having not amended the complaint within the time allowed,

　　IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing, that the action be dismissed without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

*/s/ Dale S. Fischer*

Date: 8/28/18　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge